

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00193-CV

Alfonso **TREVINO**, III, individually and Alfonso Trevino, III, as representative and beneficiary of Estate of Geraldine Trevino, and Alfonso Trevino, III, A/N/F of minors C.T. and A.T., IV, beneficiaries of Estate of Geraldine Trevino,
Appellant

v.

Alejandro **OROZCO**, Jr. and City of San Antonio,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17867
Honorable Larry Noll, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on April 6, 2022. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

It is therefore ORDERED that Scott Patrick Ogle file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order. If appellant fails to file an amended notice of appeal within the time provided, an order may be issued directing Mr. Ogle to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal. The clerk of this court shall cause a copy of this order to be served on Scott Patrick Ogle by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

Michael A. Cruz,
Clerk of Court